IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL BAITINGER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 15-400 |
| | : | |
| **CAROLYN W. COLVIN** | : | |
| **ACTING COMMISSIONER OF** | : | |
| **SOCIAL SECURITY** | : | |

## ORDER

**NOW,** this 2nd day of May, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 11), the defendant's response (Document No. 12), the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Document No. 20), and after a thorough and independent review of the record, it is **ORDERED** as follows::

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. To the extent the plaintiff seeks remand, the request for review is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge M. Faith Angell.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.